Laura E. Duffy
United States Attorney
Alessandra P. Serano
Assistant U.S. Attorney
Cal. State Bar No. 204796
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-8104
Alessandra.p.serano@usdoj.gov

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL LUSTIG,<br><br>　　　　　Defendant. | Case No.: 13CR3921-BEN<br><br>Date:  December 16, 2013<br>Time: 2:00 p.m.<br><br>UNITED STATES' NOTICE OF MOTION AND MOTION FOR:<br>　(1) Reciprocal Discovery |

NOTICE OF MOTION

TO:   Timothy Scott, Esquire, Counsel for Defendant:

PLEASE TAKE NOTICE that on Monday, December 16, 2013, at 2:00 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and Alessandra P. Serano, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery.

1

## MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and Alessandra P. Serano, Assistant United States Attorney, will hereby move the court for an order granting the Government's Motion for Reciprocal Discovery.

DATED:   November 15, 2013              Respectfully submitted,

                                        LAURA E. DUFFY
                                        United States Attorney

                                         s/Alessandra P. Serano
                                        ALESSANDRA P. SERANO
                                        Assistant United States Attorney