1  **TIMOTHY A. SCOTT**
California Bar No. 215074
2  COLEMAN, BALOGH & SCOTT, LLP
1350 Columbia Street, Suite 600
3  San Diego, California  92101
Telephone:  (619) 794-0451
4  Facsimile: (619) 652-9964
Email: tas@colemanbalogh.com

5

Attorney for Michael Lustig
6

7                    UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9                  **(HONORABLE ROGER T. BENITEZ**)

10  UNITED STATES OF AMERICA,          )    Case No. 13cr3921-BEN
                                       )
11                                     )
            Plaintiff,                 )    Lodging re: Bad Faith Searches by Joint
12                                     )    Task Force in Support of Defendant's
       v.                              )    Motion to Suppress
13                                     )
    MICHAEL LUSTIG,                    )
14                                     )
                                       )
15          Defendant.                 )
                                       )
16                                     )
                                       )
17  _____)

18

19        On February 19, 2014, per the Court's suggestion at an earlier motion hearing, Mr.

20  Lustig lodged documents showing that it was a joint state-federal task force that had arrested

21  Mr. Lustig and other men in reverse "john" stings in the North County area.[1]

22        Subsequent defense investigation has revealed that in these other cases, task force

23  members seized and searched arrestee's cell phones, keeping them for months afterwards

24  even when the suspects' cases were dismissed.[2]  Moreover, in at least one of those cases,

25  officers took car keys from a suspect at a hotel, located his car in the parking lot, and

26

27        [1]       *See* Docket at 31.

28        [2]       *See* Exhibit A, Reports of Investigation.

                                          1

                                                                    13cr3921-BEN

1  impounded the car—the exact tactics that Mr. Lustig decries in the criminal case before this

2  Court.

3      These related cases show that the officers were impounding and searching cars to

4  search for criminal evidence—not as the result of any legitimate community-caretaking

5  function or exigency.  They show that officers were purposefully orchestrating warrantless

6  searches to fish for cell phone data also.  And they show that law enforcement was not acting

7  in good faith in undertaking any of these extra-judicial and warrantless actions.

8      Mr. Lustig renews his request that the Court either grant his motion in its entirety on

9  the papers, or that the Court hold an evidentiary hearing to further reveal law enforcement's

10  warrantless conduct in this case.  Additionally, Mr. Lustig reiterates that if the Court finds

11  that a warrantless search took place, an evidentiary hearing will be required to determine

12  what evidence should be suppressed as fruit of the poisonous tree.  He asks that these

13  motions be granted.

14
15  DATED: March 11, 2014                    Respectfully submitted,

16                                           /s/ Timothy A. Scott

17                                           TIMOTHY A. SCOTT

18                                           COLEMAN, BALOGH & SCOTT LLP
                                             Attorneys for Michael Lustig

19

20

21

22

23

24

25

26

27

28