1

2

3

4

5

6

7                          **UNITED STATES DISTRICT COURT**

8                          **SOUTHERN DISTRICT OF CALIFORNIA**

9

10    UNITED STATES OF AMERICA,                    CASE NO. 13cr3921-BEN

11                              Plaintiff,
                                                   ORDER QUASHING
12        vs.                                      SUBPOENA TO CUSTODIAN
                                                   OF RECORDS FOR THE
13                                                 OFFICE OF THE SHERIFF OF
      MICHAEL LUSTIG,                              SAN DIEGO COUNTY
14
                              Defendant.
15

16        Counsel for Defendant obtained a subpoena duces tecum from the Clerk of

17    Court and served it upon the Custodian of Records for the Office of the Sheriff of

18    San Diego County on February 13, 2014.  The subpoena sought documents that

19    ostensibly would identify department policies on vehicle impound and inventory

20    searches. The Sheriff timely filed an objection and moved to quash.

21        Because the Court has ruled on the related issue of Defendant's motion to

22    suppress evidence obtained during the inventory search of Defendant's car, the

23    documents are no longer relevant.

24        Therefore, the Sheriff's objection is sustained and the motion to quash is

25    granted.

26    DATED:  March 11, 2014

27    _____

28    Hon. Roger T. Benitez
      United States District Judge

- 1 -