**FILED**

JUL 31 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL LUSTIG, <br> Aka George <br><br> Defendant. | Case No. 13CR3921-BEN <br><br> I N F O R M A T I O N <br> **(superseding)** <br> Title 18, U.S.C., §1952(a)(3) – Travel in Aid of Racketeering |

The United States Attorney charges:

### Count 1

On or about October 15, 2011, within the Southern District of California, and elsewhere defendant **MICHAEL LUSTIG** used a facility of interstate and foreign commerce, namely a cell phone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, a prostitution offense under the laws of the United States (18 U.S.C. §1591), and thereafter performed an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity; all in violation of Title 18, U.S.C. §1952(a)(3).

### Count 2

On or about November 11, 2011, within the Southern District of California, and elsewhere defendant **MICHAEL LUSTIG** used a facility of interstate and foreign commerce, namely a cell phone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, a prostitution offense under the laws of the United States (18 U.S.C. §1591), and thereafter performed an act to promote, manage, establish and carry on, and

to facilitate the promotion, management, establishment and carrying on of such unlawful activity; all in violation of Title 18, U.S.C. §1952(a)(3).

### Count 3

On or about June 8, 2012, within the Southern District of California, and elsewhere defendant **MICHAEL LUSTIG** used a facility of interstate and foreign commerce, namely a cell phone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, a prostitution offense under the laws of the United States (18 U.S.C. §1591), and thereafter performed an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity; all in violation of Title 18, U.S.C. §1952(a)(3).

Dated: July 31, 2014

LAURA E. DUFFY
United States Attorney

_____
ALESSANDRA P. SERANO
Assistant U.S. Attorney